UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14033-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

     Plaintiff,

vs.

MONTAVIOUS DEVON MCGILL,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on June 20, 2011.  A Report and Recommendation was filed on June 22, 2011, (D.E.#19), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Information which charges that the Defendant did knowingly combine, conspire, confederate, and agree with a known person, to commit an offense against the United States, that is, to falsely assume and pretend to be an officer and employee acting under the authority of the United States and a department, agency, and officer thereof, and in such pretended character to demand and obtain a thing of value, in violation of Title 18, United States Code, Section 912.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of July, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office